```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19-Cr-00789-PGG-27
     -against-                       :   ORDER
                                     :
Deleon, Yaniris                      :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Paul G. Gardephe United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include: Refrain from possessing firearms, destructive devices and other dangerous weapons.

Dated: December 11, 2019
New York, New York

SO ORDERED:

_____
Paul G. Gardephe
United States District Judge